**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7106**

———————

JOHN R. TAYLOR, JR.,

                                        Plaintiff - Appellant,

        versus

CAPTAIN JOHNSON, Shift Supervisor at
Pasquotank Correctional Institution;
LIEUTENANT GATLING, Lieutenant at Pasquotank
Correctional Institution; CORRECTIONAL OFFICER
BOCA, Correctional Officer at Pasquotank
Correctional Institution; D. M. TODD,
Assistant Unit Manager at Pasquotank
Correctional Institution; THOMAS W. STRAHAN,
Superintendent of Programs at Pasquotank
Correctional Institution; GEROTHA R. SPAIN,
Inmate Grievance Examiner at Pasquotank
Correctional Institution,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-03-294-5-BO)

———————

Submitted:  August 28, 2003        Decided:  September 10, 2003

———————

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

John R. Taylor, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John R. Taylor, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Taylor v. Johnson, No. CA-03-294-5-BO (E.D.N.C. June 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED